| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | CR 99-46-1 |
| JUDGE AMY ST. EVE  MAGISTRATE JUDGE COLE | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| MARVELL WHISBY | Northern District of Iowa | Cedar Rapids |
| | NAME OF SENTENCING JUDGE | |
| | Michael J. Melloy, U.S. Circuit Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 04/03/2008 — TO 04/02/2014 |

OFFENSE

21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) and 860   Distribution of Cocaine Base within 1,000 Feet of a Public School

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF IOWA        **08 CR 571**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the sentencing Court to the United States District Court accepting jurisdiction of this case upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.

June 30, 2008
*Date*                                                   *United States District Judge*

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JUL 1 7 2008
*Effective Date*                                         *United States District Judge*

FILED
7-21-08
JUL 2 1 2008 CM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT