| | UNITED STATES DISTRICT COURT | |
|---|---|---|
| ROBERT L. PHELPS | NORTHERN DISTRICT OF IOWA | 4200 C Street SW |
| CLERK | CEDAR RAPIDS, IOWA 52401 | 319-286-2300 |

FILED
8-12-08
AUG 1 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

August 4th, 2008

Clerk, US District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

08 CR 571
JUDGE ST. EVE
MAGISTRATE JUDGE COLE

RE: TRANSFER OF JURISDICTION
  USA v. Marvell Whisby-MJM
  99CR46

Dear Clerk:

   Enclosed is the Docket Sheet for USA v. Whisby however, due to recent flooding in Cedar Rapids, Iowa the Indictment and Judgment are currently unavailable. These documents are in the process of being restored and will be forwarded to your office as soon as possible.

   If there is anything further you may need, please don't hesitate to call.

Sincerely,

ROBERT L. PHELPS

BY: /s/ Julia McCandless
    Deputy Clerk

CLOSED

## U.S. District Court
## Northern District of Iowa (Cedar Rapids)
## CRIMINAL DOCKET FOR CASE #: 1:99-cr-00046-MJM-1
### Internal Use Only

Case title: USA v. Whisby

Date Filed: 06/15/1999
Date Terminated: 04/14/2000

Assigned to: Judge Michael J Melloy
Referred to: Magistrate Judge Jon S Scoles

**Defendant (1)**

**Marvell Whisby**
*a/k/a Shaun*
*TERMINATED: 04/14/2000*

represented by **G Courtney Holohan**
Kirkland & Ellis LLP
200 East Randolph Drive
**ECF
Chicago, IL 60601
312 861 2000
Fax: 312 861 2200
Email: cholohan@kirland.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Jane Kelly**
Federal Public Defender
320 Third Street, SE
Suite 200
**ECF
Cedar Rapids, IA 52401-1505
319 363 9540
Fax: 363 9542
Email: jane_kelly@fd.org
*TERMINATED: 04/14/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Joanna Belle Gunderson**
Kirkland & Ellis, LLP
200 East Randolph Drive
**ECF

I, the undersigned Clerk of the United States District Court for the Northern District of Iowa, do certify that the foregoing is a true copy of an original document remaining on file and record in my office. WITNESS my hand and seal of said Court this ____ day of _____, 20__
Robert L. Phelps, Clerk
By _____ Deputy

Chicago, IL 60601
312 469 7024
Fax: 660 0613
Email: jgunderson@kirkland.com
*TERMINATED: 04/14/2008*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 21:841(a)(1) and 860.F CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE (2) | 84 mths imprisonment. This term shall commence 07/01/2003 and run concurrently with deft's prior undischarged term of imprisonment imposed in Cook Cty case no. 97CR-2284601. 6 years supervised release. $100.00 assessment. $945.00 restitution. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:841(a)(1).F CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE (1) | dismissed |
| 21:841(a)(1).F CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE (3-4) | dismissed |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

**United States of America**　　　represented by　**Daniel C Tvedt**
US Attorney's Office
Northern District of Iowa
401 First Street SE

Hach Building, Suite 400
**ECF
Cedar Rapids, IA 52401-1825
319 363 0091
Fax: 363 1990
Email: dan.tvedt@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephanie Marie Rose**
US Attorney's Office
401 First Street SE
Hach Building, Suite 400
**ECF
Cedar Rapids, IA 52401-1825
319 363 0091
Fax: 363 1990
Email: stephanie.rose@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/15/1999 | 1 | INDICTMENT by USA Counts filed against Marvell Whisby (1) count(s) 1, 2, 3-4 DGE (Entered: 06/16/1999) |
| 06/15/1999 | 2 | PRAECIPE FOR WARRANT to Marshal for svc as to Marvell Whisby DGE (Entered: 06/16/1999) |
| 09/15/1999 | 3 | MOTION for writ of Habeas Corpus Ad Prosequendum by plaintiff USA as to defendant Marvell Whisby assigned to Chief Mag Judge John A. Jarvey DGE (Entered: 09/16/1999) |
| 09/16/1999 | 4 | ORDER by Chief Mag Judge John A. Jarvey as to defendant Marvell Whisby granting motion for writ [3-1] ARRAIGNMENT set for 9:00 9/28/99 for Marvell Whisby w/Judge Jarvey 2nd flr courtroom (cc: all counsel,USM w/writ,USP) DGE (Entered: 09/16/1999) |
| 09/24/1999 | 5 | CLERK'S COURT MINUTES: as to defendant Marvell Whisby before Chief Judge Michael J. Melloy initial appearance of Marvell Whisby, Attorney Jane Kelly present ; ARRAIGNMENT set for 9/28/99 at 9:00 w/Judge Jarvey 2nd flr courtroom DGE (Entered: 09/27/1999) |
| 09/28/1999 | 6 | CLERK'S COURT MINUTES: as to Defendant Marvell Whisby before Chief Mag Judge John A. Jarvey ARRAIGNMENT held on 9/28/99 , and Dft Marvell Whisby arraigned; Not Guilty plea entered to All Counts; FPD Attorney present; ; Detention is moot; Defendant is in state custody; COURT REPORTER N/A (Taped) DSR (Entered: 09/28/1999) |
| 09/28/1999 | 7 | TRIAL SCHEDULING AND MANAGEMENT ORDER by Chief Mag Judge John A. Jarvey: Pretrial Motions and Motions in Limine ddl: October 22, 1999; Final Pretrial Conference: 8:00 a.m. on 11/30/99 for Marvell |

| | | |
|---|---|---|
| | | Whisby; JURY TRIAL: 9:00 a.m. on 11/30/99 for Marvell Whisby, w/Judge Michael Melloy, 3rd Floor Courtroom, U.S. Dist. Crthse., Cedar Rapids (cc: all counsel,USM,USP) DSR (Entered: 09/28/1999) |
| 09/28/1999 | 8 | STIPULATED DISCOVERY ORDER by Chief Mag Judge John A. Jarvey as to Defendant Marvell Whisby (cc: all counsel) DSR (Entered: 09/28/1999) |
| 10/01/1999 | 9 | APPEARANCE for defendant Marvell Whisby by Asst Federal Public Defender Jane Kelly MAP (Entered: 10/01/1999) |
| 10/05/1999 | 10 | ORDER FOR APPOINTMENT OF COUNSEL by Chief Mag Judge John A. Jarvey for defendant Marvell Whisby appointing FPD Jane Kelly (cc: USA/FPD) MAP (Entered: 10/05/1999) |
| 10/15/1999 | 11 | SEALED MOTION by defendant Marvell Whisby assigned to Chief Mag Judge John A. Jarvey DGE (Entered: 10/15/1999) |
| 10/22/1999 | 12 | SEALED ORDER by Chief Mag Judge John A. Jarvey as to defendant Marvell Whisby granting motion SEALED MOTION [11-1] (cc: FPD) DGE Modified on 10/22/1999 (Entered: 10/22/1999) |
| 11/19/1999 | 13 | MOTION to continue trial by defendant Marvell Whisby assigned to Chief Judge Michael J. Melloy DGE (Entered: 11/22/1999) |
| 11/22/1999 | 14 | ORDER by Chief Mag Judge John A. Jarvey as to defendant Marvell Whisby granting motion to continue trial [13-1] JURY TRIAL reset for 9:00 2/1/00 for Marvell Whisby , The time between the entry of this order and any continued trial date will be considered excludable time for purposes of the Speedy Trial Act. w/Judge Melloy 3rd flr courtroom (cc: all counsel,USM,USP) DGE (Entered: 11/23/1999) |
| 01/19/2000 | 15 | NOTICE: PLEA HEARING set for 3:30 1/21/00 for Marvell Whisby w/Judge Melloy 3rd flr courtroom (cc: all counsel,USM,USP) DGE (Entered: 01/19/2000) |
| 01/19/2000 | 16 | RULE 32 CONSENT TO PREPARATION AND INSPECTION OF PRESENTENCE REPORT by defendant Marvell Whisby (cc: all counsel,USM,USP) DGE (Entered: 01/19/2000) |
| 01/21/2000 | 17 | CLERK'S COURT MINUTES w/exhibit list: as to defendant Marvell Whisby before Judge Michael J. Melloy PLEA HEARING held on 1/21/00 , guilty plea entered by Marvell Whisby , SENTENCING HEARING set for 4:00 4/10/00 for Marvell Whisby w/Judge Melloy 3rd flr courtroom COURT REPORTER Kay Carr DGE (Entered: 01/24/2000) |
| 01/24/2000 | 18 | ORDER ACCEPTING PLEA OF GUILTY by Judge Michael J. Melloy as to defendant Marvell Whisby SENTENCING HEARING set for 4:00 4/10/00 for Marvell Whisby w/Judge Melloy 3rd flr courtroom; defendant shall remain in custody, to be returned to state custody, pending sentencing (cc: all counsel,USM,USP) DGE (Entered: 01/24/2000) |
| 01/26/2000 | 19 | WARRANT w/Marshal's return executed as to defendant Marvell Whisby; defendant arrested on 9/17/99 DGE (Entered: 01/26/2000) |
| | | |

| | | |
|---|---|---|
| 01/28/2000 | 20 | TRANSCRIPT of Guilty Plea held on 1/21/00 as to defendant Marvell Whisby DGE (Entered: 01/28/2000) |
| 02/03/2000 | 21 | WRIT OF HABEAS CORPUS AD PROSEQUENDUM w/Marshal's return executed as to defendant Marvell Whisby DGE (Entered: 02/03/2000) |
| 03/10/2000 | 22 | MOTION to extend time to file objections to PSR by Marvell Whisby assigned to Chief Mag Judge John A. Jarvey DGE (Entered: 03/10/2000) |
| 03/10/2000 | 23 | MOTION for writ ad prosequendum by plaintiff USA as to defendant Marvell Whisby assigned to Chief Mag Judge John A. Jarvey DGE (Entered: 03/10/2000) |
| 03/14/2000 | 24 | ORDER by Chief Mag Judge John A. Jarvey as to defendant Marvell Whisby granting motion for writ ad prosequendum for deft Marvell Whisby [23-1] (cc: USA,USM w/writ) DGE (Entered: 03/15/2000) |
| 04/06/2000 | 25 | NOTICE: SENTENCING HEARING reset for 1:30 4/10/00 for Marvell Whisby w/Judge Melloy 3rd flr courtroom (cc: all counsel,USM,USP) DGE (Entered: 04/06/2000) |
| 04/10/2000 | 26 | CLERK'S COURT MINUTES: as to defendant Marvell Whisby before Judge Michael J. Melloy SENTENCING held on 4/10/00 COURT REPORTER Patrice Murray DGE (Entered: 04/10/2000) |
| 04/11/2000 | 27 | SHORTHAND NOTES of OCR Patrice Murray constituting official record of Sentencing on 4/10/00 as to defendant Marvell Whisby DGE (Entered: 04/11/2000) |
| 04/13/2000 | | (Court only) Docket Modification (Utility) as to defendant Marvell Whisby finding the motion to extend [22-1] moot DGE (Entered: 04/13/2000) |
| 04/14/2000 | 28 | JUDGMENT as to Marvell Whisby sentencing Marvell Whisby (1) count(s) 2. 84 mths imprisonment. This term shall commence 07/01/2003 and run concurrently with deft's prior undischarged term of imprisonment imposed in Cook Cty case no. 97CR-2284601. 6 years supervised release. $100.00 assessment. $945.00 restitution. , to dismiss count(s) dismissing counts as to Marvell Whisby (1) count(s) 1, 3 -4 . dismissed , case terminated as to defendant Marvell Whisby by Judge Michael J. Melloy JUDGMENT BOOK 17 ENTRY 96 (cc: all counsel,USM,USP) DGE (Entered: 04/14/2000) |
| 06/13/2001 | 29 | RECEIPT FOR EXHIBITS to plaintiff USA DGE (Entered: 06/14/2001) |
| 12/21/2006 | | (Court only) ***Location start (LC) as to Defendant Marvell Whisby pursuant to return of judgment filed at entry #30. (de) (Entered: 12/26/2006) |
| 12/26/2006 | <u>30</u> | Judgment Returned Executed as to Defendant Marvell Whisby delivered on 12/21/06 to FCI Greenville, IL. (de) Modified on 12/26/2006 - faxed to FPD (de). (Entered: 12/26/2006) |
| 04/03/2007 | <u>31</u> | TRANSCRIPT of Sentencing Hearing Proceedings as to Defendant Marvell Whisby held on 4/10/00 before Judge Melloy. Court Reporter: Patrice Murray. (For complete copy of transcript, please contact Patrice Murray at 319-286-2324) (ksy, ) (Entered: 04/03/2007) |

| | | |
|---|---|---|
| 03/03/2008 | | COURT MOTION for Reduction of Sentence in Concurrence with Crack Cocaine Amendment as to Marvell Whisby. (lbb) (Entered: 03/03/2008) |
| 03/03/2008 | 32 | ORDER Regarding and ORDER Setting Hearing on Court Motion as to Defendant Marvell Whisby re: Reduction of Sentence in Concurrence with Crack Cocaine Amendment. Motion Hearing set for 3/19/2008 10:00 AM in CR 1st Fl Ct before Judge Michael J Melloy. Defendant is directed to participate via telephone. The Court believes that the defendant will benefit from the assistance of counsel. Accordingly, the Clerk of Court is directed to appoint the Federal Public Defender for the NDIA as Counsel. The FPD is directed to notify the Court of the defendant's telephone number two days prior to the hearing. Signed by Judge Michael J Melloy on 02/28/08. (NEF/Order to defendant at Illinois River Correctional Center and Faxed to FPD). (lbb) Modified on 3/4/2008 to correct typo in text (des). (Entered: 03/03/2008) |
| 03/03/2008 | | (Court only) ***Staff notes - Court Motion re Reduction of Sentence in Concurrence with Crack Cocaine Amendment as to Marvell Whisby created for purpose of order setting hearing on motion docketed at entry 32 . (lbb) (Entered: 03/03/2008) |
| 03/03/2008 | 33 | MOTION for Leave to Appear Pro Hac Vice Attorney: Joanna Belle Gunderson, by Marvell Whisby. (Attachments: # 1 Text of Proposed Order) (Gunderson, Joanna) (Entered: 03/03/2008) |
| 03/03/2008 | 34 | NOTICE OF ATTORNEY APPEARANCE: Joanna Belle Gunderson appearing for Defendant Marvell Whisby (Gunderson, Joanna) (Entered: 03/03/2008) |
| 03/03/2008 | 35 | MOTION for Reduction of Sentence in Concurrence with Crack Cocaine Amendment by Marvell Whisby. (Attachments: # 1 Text of Proposed Order) (Gunderson, Joanna) (Additional attachment(s) added on 3/4/2008: # 2 Brief, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3) (des). (Entered: 03/03/2008) |
| 03/03/2008 | 36 | FILED IN ERROR--BRIEF by Defendant Marvell Whisby re 35 Motion for Reduction of Sentence in Concurrence with Crack Cocaine Amendment filed by Marvell Whisby (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (Gunderson, Joanna) Modified on 3/4/2008 to note Attorney filed brief with exhibits as separate entry in error - QC clerk has properly attached these documents to 35 Motion (des, ). (Entered: 03/03/2008) |
| 03/04/2008 | | (Court only) ***Staff notes: QC clerk checked for conflicts per 33 Motion for Attorney Joanna Belle Gunderson leave to appear pro hac vice and 34 Joanna Belle Gunderson Attorney Appearance - none found. (des) (Entered: 03/04/2008) |
| 03/04/2008 | | Docket Annotation re 36 Brief, as to Defendant Marvell Whisby: Attorney Gunderson filed brief with exhibits as separate entry in error - QC clerk has properly attached these documents to 35 Motion. (des) (Entered: 03/04/2008) |
| 03/04/2008 | | Judge update in case as to Marvell Whisby. Magistrate Judge Jon S Scoles added. QC clerk checked for conflicts - none found. Motions referred to Jon S Scoles: 33 Motion for Atty Joanna Belle Gunderson leave to appear pro |

| | | |
|---|---|---|
| | | hac vice. QC clerk notified K. Stigler this motion was filed. (des) (Entered: 03/04/2008) |
| 03/04/2008 | 37 | ORDER granting 33 Motion for Leave to Appear as to Marvell Whisby (1). Attorney Joanna Belle Gunderson authorized to appear on behalf of Defendant. Signed by Magistrate Judge Jon S Scoles on 3/4/08. (Stigler, Karo) (Entered: 03/04/2008) |
| 03/14/2008 | 38 | MOTION for Leave to Appear Pro Hac Vice Attorney: G. Courtney Holohan, by Marvell Whisby. (Attachments: # 1 Text of Proposed Order) (Holohan, G.) (Entered: 03/14/2008) |
| 03/14/2008 | 39 | NOTICE OF ATTORNEY APPEARANCE: G. Courtney Holohan appearing for Defendant Marvell Whisby (Holohan, G.) (Entered: 03/14/2008) |
| 03/17/2008 | | (Court only) ***Staff notes: QC clerk checked for conflicts as to Atty G. Courtney Holohan per 38 Motion and 39 Appearance - none found. (des) (Entered: 03/17/2008) |
| 03/17/2008 | 40 | ORDER granting 38 Motion for Leave to Appear as to Marvell Whisby (1). G. Courtney Holohan authorized to appear on behalf of Defendant. Signed by Magistrate Judge Jon S Scoles on 3/17/08. (Stigler, Karo) (Entered: 03/17/2008) |
| 03/19/2008 | 41 | Minute Entry for proceedings held before Judge Michael J Melloy: Hearing on Court's Motion/Order re 32 as to Defendant Marvell Whisby held on 3/19/2008. Motion to reduce sentence is granted. Sentence will be reduced to time served plus two weeks. Supervised release will consist of a term of 6 years. Conditions of release will be modified to reflect that defendant must reside in a community correctional facility in Illinois. All other conditions of supervised release remain as previously imposed. Order will follow. (Court Reporter Kay Carr). (lbb) (Entered: 03/19/2008) |
| 03/19/2008 | | (Court only) ***Motions terminated as to Defendant Marvell Whisby: 35 MOTION for Reduction of Sentence in Concurrence with Crack Cocaine Amendment filed by Marvell Whisby. (lbb) (Entered: 03/19/2008) |
| 03/20/2008 | 42 | ORDER Regarding Final Decision on Reduction of Sentence i/c/w Crack Cocaine Amendment re 32 Order as to Defendant Marvell Whisby: The Court grants a reduction in the defendant's term of imprisonment. The defendant's previously imposed 84-months imprisonment, as reflected in the judgment dated 4/14/00, is reduced to time served plus two weeks to allow the United States Probation Office time to arrange proper placement. The defendant's new term of imprisonment applies to Count 2 of the indictment. **(See text of Order)** Except as provided above and as stated during the hearing, all provisions of the judgment dated 4/14/00 remain in effect, the duration and other conditions of the defendant's supervised release remain unchanged. The Clerk of Court is directed to send and fax a copy of this order to the BOP, that is, the place where the defendant is currently incarcerated. The Clerk of Court is also directed to send a copy of this order to the defendant, USM No. 08139-029. (BOP Greenville via fax and US mail; copy to defendant via US mail). Signed by Judge Michael J Melloy on 3/20/08. (ksy) (Entered: 03/20/2008) |

| | | |
|---|---|---|
| 04/11/2008 | 43 | MOTION to Withdraw as Attorney by Joanna Belle Gunderson by Marvell Whisby. (Holohan, G) (Entered: 04/11/2008) |
| 04/11/2008 | 44 | MOTION to Withdraw as Attorney by Joanna Belle Gunderson by Marvell Whisby. (Gunderson, Joanna) (Entered: 04/11/2008) |
| 04/14/2008 | 45 | WITHDRAWAL of Motion by Defendant Marvell Whisby (Holohan, G) Modified on 4/15/2008 to add link to 43 Motion (des, ). (Entered: 04/14/2008) |
| 04/14/2008 | 46 | ORDER granting 44 Motion to Withdraw as Attorney. Joanna Belle Gunderson withdrawn from case as to Marvell Whisby (1). Signed by Magistrate Judge Jon S Scoles on 4/14/2008. (de) (Entered: 04/14/2008) |
| 04/14/2008 | 47 | ORDER re 43 MOTION to Withdraw Appearance of Attorney JoAnna Belle Gunderson on behalf of Defendant Marvell Whisby, filed by Attorney G. Courtney Holohan. The Court finds that the instant Motion 43 is denied as moot. Signed by Magistrate Judge Jon S Scoles on 4/14/2008. (de) (Entered: 04/14/2008) |
| 04/22/2008 | 48 | TRANSCRIPT of Motion Hearing Proceedings as to Defendant Marvell Whisby held on 03/19/2008 before Judge Michael J. Melloy. Court Reporter: Kay C. Carr. (For a complete copy of transcript, contact Kay C. Carr at (319) 362-1543.) (jm) (Entered: 04/22/2008) |
| 07/01/2008 | 49 | MOTION for Return/Destruction of Property/PostTrial by United States of America as to Marvell Whisby. (Rose, Stephanie) (Entered: 07/01/2008) |
| 07/02/2008 | | (Court only) ***Staff notes: QC clerk checked for conflicts per AUSA Stephanie Rose being added to case with 49 Motion - none found. (des) (Entered: 07/02/2008) |
| 07/02/2008 | | (Court only) Motions No Longer Referred as to Defendant Marvell Whisby: 49 MOTION for Return/Destruction of Property/PostTrial (Stigler, Karo) (Entered: 07/02/2008) |
| 07/02/2008 | 50 | (Court only) SEALED PRESENTENCE INVESTIGATION REPORT REGARDING CRACK COCAINE AMENDMENT as to Defendant Marvell Whisby (Attachments: # 1 Memorandum) (de) (Entered: 07/02/2008) |
| 07/08/2008 | 51 | ORDER granting 49 Motion for Return/Destruction of Property (PostTrial) as to Marvell Whisby (1). Signed by Chief Judge Linda R Reade on 07/07/08. (lbb) (Entered: 07/08/2008) |

REC'D JUL 3 1 2008

| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Tran. Court)* CR 99-46-1 |
|---|---|---|---|
| | JUDGE AMY ST. EVE  MAGISTRATE JUDGE COLE | | DOCKET NUMBER *(Rec. Court)* |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: MARVELL WHISBY | DISTRICT Northern District of Iowa | DIVISION Cedar Rapids | |
| | NAME OF SENTENCING JUDGE Michael J. Melloy, U.S. Circuit Judge | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 04/03/2008 | TO 04/02/2014 |

**OFFENSE**

21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) and 860  Distribution of Cocaine Base within 1,000 Feet of a Public School

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF IOWA

08 CR 571

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the sentencing Court to the United States District Court accepting jurisdiction of this case upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.

June 30, 2008
*Date*

*United States District Judge*

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JUL 17 2008
*Effective Date*

*United States District Judge*

TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
BY _____
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
JUL 28 2008

I, the undersigned Clerk of the United States District Court for the Northern District of Iowa, do certify that the foregoing is a true copy of an original document remaining on file and record in my office. WITNESS my hand and seal of said Court this 4th day of August, 20 08
Robert L. Phelps, Clerk
By _____
Deputy